Kevin Long 1504867
Name and Prisoner/Booking Number

PSC
Place of Confinement

200 E. Hackett Rd.
Mailing Address

Modesto, CA 95358
City, State, Zip Code

FILED
OCT 11 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Kevin Michael Long
(Full Name of Plaintiff)       Plaintiff,

v.

(1) ISRAEL
(Full Name of Defendant)

(2) USA

(3) CALIFORNIA

(4) STANISLAUS COUNTY
                    Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:24cv2796-DMC(PC)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: PSC/Modesto

Revised 3/15/2016

1

## B. DEFENDANTS

1. Name of first Defendant: _____. The first Defendant is employed as:
   _____at_____.
   (Position and Title)                              (Institution)

2. Name of second Defendant: _____. The second Defendant is employed as:
   _____at_____.
   (Position and Title)                              (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as:
   _____at_____.
   (Position and Title)                              (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as:
   _____at_____.
   (Position and Title)                              (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☑ Yes    ☐ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: __NINTH AMENDMENT__.

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☒ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I AM A PHYSICAL JEW - AMERICAN INDIAN, ALL PALESTINE ISRAEL BELONGS TO ME AND MY RIGHTEOUS PEOPLE. AMERICAN INDIANS ARE THE REAL JEWS. I WANT MY PROPERTY TERRITORY BACK, OF WHICH I'VE BEEN EXILED FROM AND MY RIGHTEOUS PEOPLE. THEY ARE DESTROYING MY LAND AND I AM IN DANGER OF LOSING MY LIFE AS A TRUE JEW IN EXILE. MY RIGHTS ARE BEING CONSPIRED AGAINST AS A JEW. I'VE BEEN ASSAULTED AND BATTERED BY STAFF IN STANISLAUS COUNTY JAIL AND AM IN FEAR OF MY LIFE, FOR LETHAL WEAPONS USE ON MY PERSON, BECAUSE OF THEIR VIOLENCE OF 241 CONSPIRACY AGAINST RIGHTS. I'M SCARED OF LOSS OF LIFE, I'VE BEEN SEVERELY INJURED AND OPPRESSED. I NEED RETURN TO ISRAEL MY LAND!

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   MY PROPERTY IS BEING DAMAGED, DESTROYED, MY SELF AND PEOPLE ARE IN DANGER OF LOSS OF LIFE, WORLD WAR III POTENTIAL MUCH PROPERTY DAMAGE AND LOSS OF LIFE, MY PERSON HAS BEEN HURT BAD, AND IN DANGER OF VIOLENCE

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim I?  ☒ Yes  ☒ No
   c. Did you appeal your request for relief on Claim I to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____.

3

# CLAIM II

1. State the constitutional or other federal civil right that was violated: __NINTH__

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☒ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   THE DEFENDANTS ARE NOT ALLOWING MY RETURN TO ISRAEL PALESTINE, MY TERRITORY. IM BEING DENIED MY SOVEREIGNTY IN ISRAEL, MY HOMELAND. THIS IS VERY DEADLY ISSUE AS VIOLENCE WAR RAGES AND CONTINUES.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim II?   ☐ Yes  ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level?   ☐ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

**CLAIM III**

1. State the constitutional or other federal civil right that was violated: **First Amendment**

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☒ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I AM COMMANDED BY MY GOD TO RETURN TO JERUSALEM ISRAEL MY HOMELAND OF MY ANCESTORS.

   MY EXERCISE OF RELIGION IS BEING BURDENED BY HOLDING ME AND MY PEOPLE OF RIGHTEOUSNESS CAPTIVE, RIGHTEOUS JEWS WHO BELONG IN ISRAEL, MYSELF AND ALL CHRISTIAN AMERICAN INDIANS OF AMERICA AND AROUND THE WORLD. WE ARE A REMNANT OF JEWS. SEE BOOK OF MORMON INTRODUCTION. WE ARE FROM JERUSALEM 600BC CAME TO AMERICAS. WE ARE THE REAL JEWS AMERICAN INDIAN CHRISTIANS MUST GO TO JERUSALEM OUR HOME PROPERTY.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   _____

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim III?   ☐ Yes  ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level?   ☐ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

5

## E. REQUEST FOR RELIEF

State the relief you are seeking: ATTORNEY TO REPRESENT ME! TO HAVE OUR PROPERTY RETURNED TO ME AND MY FOLLOWING PEOPLE AMERICAN INDIAN CHRISTIANS "ARYAN ANGELS". I AM THE KING OF MY PEOPLE, AND HAVE ALL DEFENDANTS ALLOW ME TO RETURN TO JERUSALEM ISRAEL AND SECURE MY NATION! $1 TRILLION AND ANYTHING THIS COURT FINDS

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9/26/2024
DATE

*Kevin [signature]*
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.